# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4259

_____

DENIS ROCHESTER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

July 29, 2019

PER CURIAM.

Denis Rochester appeals from an order denying a motion seeking additional jail credit brought under Florida Rule of Criminal Procedure 3.801. As to Rochester's claim that he is owed one additional day of credit for his incarceration in March 2013, the record shows this claim has merit. Rochester is entitled to credit for the time spent incarcerated from March 1, 2013, through March 4, 2013, a total of four days. We therefore reverse and remand to permit the trial court to correct his credit accordingly. As to Rochester's remaining claim concerning credit for the dates in 2015, we affirm.

AFFIRMED in part, REVERSED in part, and REMANDED.

RAY, C.J., and BILBREY and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Denis Rochester, pro se, Appellant.

Ashley Moody, Attorney General, and Sharon S. Traxler, Assistant Attorney General, Tallahassee, for Appellee.